# EXHIBIT A



https://www.gorillavapes.com/gorilla-hana-modz-2

- Home
- Starter Kits
- Mods
- Accessories
- Gorilla Juice (e-Liquids)
- Innokin
- Wholesale
- Company Info
- My Cart

866-301-2006
E: mail@gorillavapes.com

Home > Mods >



## Gorilla Hana Modz and Battery

There are no reviews yet. | Write a review

Retail: $120.00

### $109.00

You Save: $11.00 (9.2%)
Points to Purchase: 0

**COLOR:** Black

Update price

Quantity: 1

[Add to Cart]
[Move to Wishlist]

Estimate Shipping

Availability: In Stock - Usually ships In 1-2 Business Days

**Recently Viewed Items:**

Gorilla Hana Modz and Battery
$109.00

### Description | Reviews (0)

The **GORILLA HANA MODZ** is a DNA30 controlled battery pack with a 510 connector. Variable watt battery pack that lets you control wattage not voltage, for better consistency and repeatability.

Built using quality components. The body is made of 6061 Billet Aluminum. Power regulated digital switch-mode DC-DC converter. It features a small OLED display, buttons and synchronous rectification for maximum battery life and minimal heat generation. The separate UP and DOWN buttons allow the user to increase or decrease the power level in .1 Watt increments. Built in DNA charger; which is MICRO USB powered and provides a 500 milliamp charge current. 1200mah Lithium Polymer battery pack included.
The **GORILLA HANA MODZ** may be used as a pass-thru while charging.

Includes 1 Battery

Warning: Charge port must be free of any liquid or debris before plugging in the micro USB charge cord. Serious damage can occur if charge area is not free of debris.

USERS GUIDE: DO NOT OVER-TIGHTEN THE ATOMIZER ONTO THE 510 CONNECTOR. THE ATOMIZER SHOULD BE SNUG, NOT TIGHT. OVER-TIGHTENING MAY CAUSE DAMAGE.

**Normal operation watt setting:** The power level currently set on the DNA 30D. Battery indicator: The current state of charge of the battery.

**Volts display:** The output voltage being supplied to the atomizer.

**Ohms display:** The resistance of the atomizer attached to the device. This is measured only when the unit is supplying power to the atomizer. At other times, it shows the most recent measurement.

**OTHER MODES**

**Locked mode:** Pressing the fire button five times with less than .7 seconds between presses will cause the device to enter Locked mode. In Locked mode, the device will not fire and the output power will not adjust accidentally. While in Locked mode, the screen will be off, except that pressing a button will show "Locked, Click 5X". To exit Locked mode, press the fire button 5 times.

**Stealth mode:** While locked, pressing the fire and down buttons simultaneously for five seconds will switch to stealth mode. In this mode the display is off. It will still show error and lock messages. To switch back to normal display mode, hold down the fire and down buttons simultaneously for 5 seconds. This setting is stored to internal flash memory, and remains if power is removed.

**Right mode & left mode:** While locked, holding the fire and up buttons simultaneously for 5 seconds flips the display. This setting is stored to internal flash memory, and remains if power is removed.

**Power locked mode:** Holding down both the up and down buttons for two seconds will place the device in Power Locked mode. In this mode, you will not be able to change the power setting. This mode prevents accidental power level changes due to the buttons being pressed while in a pocket. To exit Power Locked mode, hold the up and down buttons for two seconds.

**GORILLA MODS SPECS**

|                     | MINIMUM   | TYPICAL   | MAXIMUM   |
|---------------------|-----------|-----------|-----------|
| Output Power        | 7 watts   |           | 30 watts  |
| Output Voltage      | 4 volts   |           | 8.3 volts |
| Output Current      |           |           | 10 amps   |
| Atomizer Resistance | .3 Ohms   | 1.5 Ohms  | 3.3 Ohms  |
| Input Voltage       | 3.2 volts | 3.7 volts | 4.3 volts |
| Input Current       | 1.5 amps  | 6 amps    | 7 amps    |
| Efficiency          |           | 94%       |           |

**GORILLA HANA MODZ DIMENSIONS:**

LENGTH: 1.94"

WIDTH: 1"

HEIGHT: 3.43"

**Contact Us**

P: 866-301-2006

E: mail@gorillavapes.com

1800 Rt. 34 North
Suite 401
Wall, New Jersey 07719

**Get to know us!**

**We Accept**

**Mailing List:**

Go

© 2014 Vapor Cigarettes - Gorilla Vapes

 TRANP 1:52:35 PM 12/9/2014

http://www.gorillavapes.com/mods

# GORILLA VAPES

866-301-2006
E: mail@gorillavapes.com

| Home | Starter Kits | Mods | Accessories | Gorilla Juice (e-Liquids) | Innokin | Wholesale | Company Info |

My Cart

**Browse By Category:**

- Aspire Tanks
- Atomizers
- Batteries
- Charger/Adapter
- Clearance
- Clearomizers
- Gorilla Juice (e-Liquid)
- Gorilla Juice (e-Liquid) of the Week
- Gorilla Vapes Battery Stand
- Gorilla Vapes Merchandise
- Innokin
- Lanyards
- Mods
- Mouthpieces
- Specials
- Starter Kits
- YouTube
- Zipper Case

Gorilla Vapes

Home > Mods

## Mods

**Products** 1-1 of 1    Show [12 Per Page]



**Gorilla Hana Modz and Battery**
Price: $109.00

---

**Contact Us**
P: 866-301-2006
E: mail@gorillavapes.com

1800 Rt. 34 North
Suite 401
Wall, New Jersey 07719

**Get to know us!**

**We Accept**

**Mailing List:**

[Go]

© 2014 Vapor Cigarettes - Gorilla Vapes

TRANP 1:37:34 PM 12/9/2014