# EXHIBIT B

https://www.facebook.com/GorillaVapes

# facebook

Email | Password | **Log In**
Keep me logged in | Forgot your password?

## Gorilla Vapes is on Facebook.

To connect with Gorilla Vapes, sign up for Facebook today.

**Sign Up** | **Log In**

### Gorilla Vapes
Small Business

**Timeline** | About | Photos | Likes | More ▾

**PEOPLE**

**1,081** likes

**ABOUT**

Gorilla Vapes is a New Jersey based e-cig company that strives on customer service and uses USA made e-juices and products of the highest quality!

http://www.gorillavapes.com/

**PHOTOS**







**VIDEOS**

▶ 8  4

**POSTS TO PAGE**

**Eddy Tuck**
November 19 at 12:08pm
Can a 70' 18 wheeler fit in your parking lot??
Like · Comment · Share    💬 1

**Angie Sacc Tran**

---

**Gorilla Vapes**
December 5

Gorilla Vapes is having a Holiday Party on December 7th so ALL locations will be closed at 4:30 pm that day... Vape on!!!!

Like · Comment    ↗ 2 Shares

**Gorilla Vapes**
November 27

From all of us at Gorilla Vapes, we hope you had a wonderful, safe and joyful Thanksgiving. While we are all recuperating from the massive amounts of food we all ate (some more than others) we will all be ready and waiting to see you all for tomorrows sales. 20% off Mech Mods, buy 3 juices and get two free, a $75 gift card for $69, and much much more. We will announce more on the site tomorrow morning. STOP ON BY!!!



Like · Comment · Share

 Kelli Mcleod, Brittney Marie Neach, Chammas Ma and 2 others like this.

**Gorilla Vapes** shared a link.
November 26

Hey all, we are going to be doing something super cool on Twitter within the next few days. Follow us at https://twitter.com/GorillaVapes to get all the details!














Like · Comment · Share

 Jennifer Seagle and Mike Brown like this.

**Gorilla Vapes**
November 11

To all that served in the U.S. Armed Forces, and those that serve today. We salute you!



Like · Comment · Share

 Mike Brown, Gail Zambuto Polhemus and Jennifer Seagle like this.

**Gorilla Vapes**
November 10

Our Veteran's Day promotion is all this week! 20% off the total purchase for all veterans and current military. Thank you for your service!



Like · Comment · Share

 Justin Sarnowski likes this.

**Gorilla Vapes**
October 26

Don't forget! Now until October 31st, buy ONE 10ml bottle of Pumpkin Spice and/or Candy Corn, get ONE FREE!!!





Like · Comment · Share                                                   8  1

 **Gorilla Vapes** changed their profile picture.
October 26



Like · Comment · Share                                                         7

 **Gorilla Vapes** shared Sandra Culbert Rotolo's status.
September 20

At Calloway's Restaurant & Bar to support Breast Cancer.

Stop by and see us for a worthy cause. #tieoneon #gorillavapes







We were supposed to leave at 6 but the party is still goin strong.. Stop on by!
— at Boston Common.



Like · Comment                                                                 👍 2

**Gorilla Vapes**
September 14

Freedom Rally — at Boston Common.



Like · Comment · Share                                                         👍 4

TRANP 1:58:31 PM 12/9/2014





| TWEETS | FOLLOWING | FOLLOWERS | | |
|---|---|---|---|---|
| 11 | 20 | 15 | | Follow |

### Gorilla Vapes
@GorillaVapes

New Jersey
gorillavapes.com

3 Photos and videos

  

Tweets | Tweets & replies | Photos & videos

**Gorilla Vapes** @GorillaVapes · Nov 28
Has everyone finished shopping yet? Stop by our stores/kiosks for more super deals or to stock up on juice! Buy 3 get 2 free!

↩   ↻ 1   ★   …

**Gorilla Vapes** @GorillaVapes · Nov 25
Oxford Dictionaries' word of the year is 'vape' wapo.st/1zyvP3l

↩   ↻   ★   …                              View summary

Gorilla Vapes retweeted
**VapeMasterSwag** @N00dlesTheCat · Nov 25
New build, not sure if I'm feeling it though.. #vape



↩   ↻ 2   ★ 5   …                      View more photos and videos

**Gorilla Vapes** @GorillaVapes · Nov 25
Black Friday! 20% off Mech Mods and Buy 3 get 2 free juices! On the site and in stores and kiosk locations!



↩   ↻   ★   …                          View more photos and videos

**Gorilla Vapes** @GorillaVapes · Nov 11
To all that served in the U.S. Armed Forces, and those that serve today. We salute you!

↩   ↻   ★   …

Gorilla Vapes followed Brett Prince, Swag L0rd, Sam Rasera and 2 others

### Don't miss any updates from Gorilla Vapes

Full name
Email
Password

**Sign up for Twitter**

### Worldwide Trends · Change

AKrabayaSınavsızKadro Yandaşalhale
#1DayForExpelledMoviePremiere
#TortureReport
#LFCvsFCBasel
#LIVBAS
#BrazilWantsOTRATour
The Translator
Markovic
Frootmas
On the 9th

© 2014 Twitter   About   Help   Ads info





