UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| HANA MODZ, LLC, an Illinois Limited Liability Company : | |
| Plaintiff(s) : | CIVIL ACTION NO. Case No. 3:14-cv-08125-MAS-DEA |
| v. : | |
| GORILLA VAPES, LLC, a New Jersey Limited Liability Company; Does 1 Through 10, inclusive, individuals And/or business entities of unknown nature, : | |
| Defendant(s) : | |

APPLICATION FOR EXTENSION OF TIME TO
ANSWER, MOVE, OR OTHERWISE REPLY
[Local Civil Rule 6.1(b)]

Application is hereby made for a Clerk(s) Order extending time within which defendant(s), Gorilla Vapes, LLC may answer, move or otherwise reply to the Complaint filed by Hana Modz, LLC, plaintiff(s) herein and it is represented that:

1. No previous extension has been obtained;
2. Service of Process was effected on January 5, 2015; and
3. Time to Answer, Move or otherwise Reply expires on January 26, 2015.

_____
Susan E. DiMaria
Attorney for Defendant(s)
O'Malley, Surman & Michelini
17 Beaverson Blvd.
P.O. Box 220
Brick, New Jersey 08723
(732) 477-4200

January 23, 2015

ORDER

The above application is ORDERED GRANTED extended to _____.

ORDER DATED:_____

WILLIAM T. WALSH, Clerk

By:_____
Deputy Clerk