RECEIVED

FEB 1 0 2015

AT 8:30 _____M
WILLIAM T. WALSH
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| HANA MODZ, LLC, an Illinois Limited Liability Company,<br><br>                              Plaintiff,<br>v.<br><br>GORILLA VAPES, LLC, a New Jersey Limited Liability Company; Does 1 through 10, inclusive, individuals and/or business entities of unknown nature,<br>                              Defendants. | Case No. 3:14-cv-08125-MAS-DEA<br><br>[PROPOSED] ORDER ADMITTING BRIAN P. HENNESSY, ESQ. *PRO HAC VICE* |

      This matter having been brought before the Court on behalf of Plaintiff Hana Modz LLC, by and through their counsel, Jeffrey D. Vanacore, on an application for an Order permitting Brian P. Hennessy, Esq., of the same law firm of Perkins Coie, LLP, and a member in good standing of the bars of, inter alia, the State of California, to appear and participate pro hac vice in this matter on behalf of Hana Modz LLC; and Mr. Hennessy having submitted a declaration in conformity with Local Civil Rule 101.1; and Jeffrey D. Vanacore having submitted a declaration of local counsel; and there being no objection to such admission; and for good cause having been shown;

      It is on this 9th day of February, 2015,

      **ORDERED** that Hana Modz LLC's application be and it hereby is granted; and it is further

      **ORDERED** that Brian P. Hennessy, Esq., a member in good standing of, inter alia, the Bar of the State of California, be permitted to appear pro hac vice in the above-captioned matter pursuant to L. Civ. R. 101.1(c); and it is further

      **ORDERED** that all pleadings, briefs, and other papers filed with the Court shall be signed by myself, attorney of record for Hana Modz LLC, who is admitted to the Bar of this

Court and shall be held responsible for said papers and for the conduct of the case and who will be held responsible for the conduct of the attorney admitted hereby; and it is further

**ORDERED** that Brian P. Hennessy, Esq. shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with L. Civ. R. 101.1(c)(2) and New Jersey Court Rule 1:28-2 within twenty (20) days from the date of the entry of this Order; and it is further

**ORDERED** that Brian P. Hennessy, Esq. shall make payment of $150.00 to the Clerk of the United States District Court in accordance with L. Civ. R. 101.1(c)(3), as amended, within twenty (20) days from the date of the entry of this Order; and it is further

**ORDERED** that Brian P. Hennessy, Esq. shall be bound by the Rules of the United States District Court for the District of New Jersey, including, but not limited to the provisions of L. Civ. R. 103.1, Judicial Ethics and Professional Responsibility, and L. Civ. R. 104.1, Discipline of Attorneys; and it is further

**ORDERED** that Brian P. Hennessy, Esq. shall notify this Court immediately of any disciplinary charges brought against him in the Bar of any other court; and it is further

**ORDERED** that Brian P. Hennessy, Esq. shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, Rule 1:21-7, as amended; and it is further

**ORDERED** that Jeffrey D. Vanacore may file a request, the form of which is available at the Court's website, with the Clerk of the Court for pro hac vice counsel to receive electronic notifications in this matter.

Dated: February 9, 2015

MAGISTRATE JUDGE DOUGLAS E. ARPERT